IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

        -v-

        24-MC-6008

ONE (1) 2015 DODGE CHALLENGER,
VIN 2C3CDZC96FH854273,

        Defendant.

## STIPULATION TO EXTEND PLAINTIFF'S TIME
## TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon between and among the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Melanie J. Bailey, Assistant United States Attorney, of counsel, and Peter Pullano, Esq., attorney for Harry Torres, that pursuant to Title 18, United States Code, Section 983(a)(3)(A), the government's time to file a Verified Complaint for Forfeiture is extended from July 9, 2024 to September 9, 2024.

The parties to this Stipulation further agree that Harry Torres may revoke his consent in writing to extend the time for the government to file its Verified Complaint for Forfeiture against the above-named properties, and in that event, the government shall then have ten (10) days from the date the government received notice of such action to file its Verified Complaint for Forfeiture.

DATED: Rochester, New York, June 17, 2024

                                            TRINI E. ROSS
                                            United States Attorney

Dated: 6/17/24             BY: _____
                                            Melanie J. Bailey
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            Western District of New York
                                            138 Delaware Avenue
                                            Buffalo, New York 14202
                                            (716) 843-5863

Dated: 6/17/24                                _____
                                            Peter Pullano, Esq.
                                            Tully Rinckey PLLC
                                            400 Linden Oaks
                                            Suite 110
                                            Rochester, NY 14625